Thomas M. Baker – Arizona Bar # 013475
Appearing *pro hac vice* in this matter
**BAKER & BAKER**
5050 N. 8th Place #10
Phoenix, Arizona  85014
(602) 279-1644
tom@bakerandbaker.com

Attorney for Defendant David Damante

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| United States of America, | Case No.  2:11 CR-064 – JCM-PAL |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR A FIVE (5) BUSINESS DAY EXTENSION OF TIME IN WHICH TO FILE HIS REPLIES TO THE GOVERNMENT'S RESPONSES TO DEFENDANT'S MOTIONS** |
| v. | |
| DAVID DAMANTE, | (1st Request) |
| Defendant. | |

    Comes now Defendant David Damante, by and through his attorney undersigned, and moves for a five (5) day extension of time in which to file his replies to the Government's responses to Defendant's Motions.

    It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon.

    Defendant requests this additional time because his counsel is a sole practitioner and has had to devote substantial time to drafting and filing numerous pleadings in other matters,

including the complaint for declaratory action and injunctive relief in **_Litton et. al. v. City of Phoenix et. al., Howard Taylor Real Party-in-Interest_**, CV2011-014526.  Defendant's counsel also devoted substantial time to trial preparation in **_State v. Guerrieri_**, 4311623.  **_Guerrieri_** was set for jury trial on Tuesday, August 2, 2011 however, the case resolved that day after the Court ruled on pending motions *in limine* and prior to the jury panel arriving.

Defendant's counsel has attempted to contact AUSA Roger Yang regarding this extension of time.  However, he was unable to reach Mr. Yang on Friday, August 5th, 2011 or Monday, August 8, 2011.

WHEREFORE, for the reasons stated above, Defendant request a five (5) business day extension of time in which to file his replies to the Government's responses to Defendant's Motions or until Monday, August 15, 2011.

RESPECTFULLY SUBMITTED this 8th day of August, 2011.

BAKER & BAKER

By /s/ Thomas M. Baker
Thomas M. Baker
Attorney for Defendant

ELECTRONIC CERTIFICATE OF SERVICE

I HEREBY Affirm that on this 8th day of August, 2011, the foregoing Motion for a Five (5) Business Day Extension of Time in which to file his Replies to the Government's Responses to Defendant's Motions (Doc 23) was served upon counsel of record via ECF (electronic case filing).

BAKER & BAKER

By /s/ Thomas M. Baker
Thomas M. Baker
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br>DAVID DAMANTE,<br><br>　　　　　Defendant. | Case No. 2:11 CR-064 – JCM-PAL<br><br>**ORDER** |

Defendant David Damante, having filed a Motion for an extension of time in which to file his replies to the Government's responses to the Defendant's pending motions, and good cause appearing,

IT IS HEREBY ORDERED granting the extension of time for the Defendant to file his replies to the Government's responses to the Defendant's pending motions up to, and including, Monday, August 15, 2011.

IT IS FURTHER ORDERED excludable delay under 18 U.S.C. Sec. 3161(h)(8)(A) is found to commence on _____ for a total of _____ days.

DATED this 32 day of August, 2011.

_____
United States O ci kutcvg Judge

-1-