UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CASE NO.: 2:11-CR-64-JCM-CWH-1<br>) |
| vs. | ) **CONSENT ORDER GRANTING**<br>) **SUBSTITUTION OF ATTORNEY** |
| DAVID DAMANTE, | ) |
| Defendant. | ) |

NOTICE is hereby given that, subject to approval by the courts, DAVID DAMANTE, substitutes JOEL M. MANN, ESQ., as counsel of record in place of Daniel J. Albregts, Esq.

Contact information for new counsel is as follows:

Law Office of Joel M. Mann
601 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 474-6266
Facsimile: (702) 789-1045

I consent to the above substitution:

2-29-12
DATE                                DAVID DAMANTE

I consent to being substituted:

_____                    _____
DATE                                DANIEL J. ALBREGTS, ESQ.

I consent to the above substitution:

2-29-12
DATE                                JOEL M. MANN, ESQ.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:11-CR-64-JCM-CWH-1 |
| ) | |
| vs. ) | **CONSENT ORDER GRANTING** |
| ) | **SUBSTITUTION OF ATTORNEY** |
| DAVID DAMANTE, ) | |
| Defendant, ) | |

NOTICE is hereby given that, subject to approval by the courts, DAVID DAMANTE, substitutes JOEL M. MANN, ESQ., as counsel of record in place of Daniel J. Albregts, Esq.

Contact information for new counsel is as follows:

Law Office of Joel M. Mann
601 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 474-6266
Facsimile: (702) 789-1045

I consent to the above substitution:

_____     _____
DATE                                                                DAVID DAMANTE

I consent to being substituted:

2/29/12
_____     _____
DATE                                                                DANIEL J. ALBREGTS, ESQ.

I consent to the above substitution:

_____     _____
DATE                                                                JOEL M. MANN, ESQ.


The substitution of attorney is hereby approved and so ORDERED:

March 1, 2012
_____     _____
DATE                                                                JUDGE