# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DAMANTE,<br><br>Defendants. | 2:11-CR-64 JCM (CWH) |

## ORDER

Presently before the court is defendant David Damante's motion in limine to preclude the government from admitting into evidence any copy of any document containing signatures where the original signatures have not been produced for inspection. (Doc. #58). The government has not responded.

The trial in the present case has been continued, through stipulation of the parties, until September 24, 2012. As the trial in this case is over six months away, the court finds it proper to defer adjudication of the motion at present. The defendant may refile the motion at a more appropriate time.

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion in
2   limine (doc. #58) be, and the same hereby is, DENIED without prejudice.
3   DATED March 9, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -