# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DAMANTE,

    Defendant.

Case No. 2:11-cr-0064-JCM-CWH

**ORDER**

    This matter is before the Court on Defendant David Damante's Affidavit (#247), filed February 4, 2014. Defendant Damante is represented by counsel. Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Accordingly,

    **IT IS HEREBY ORDERED** that the Clerk shall **strike** Defendant David Damante's Affidavit (#247). Defendant is instructed to submit filings through his attorney.

    DATED: February 6, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge