**FILED**

FEB 1 9 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-064-APG-(CWH) |
| ) | |
| DAVID DAMANTE, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO DAVID DAMANTE**

On November 27, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A) forfeiting property of defendant DAVID DAMANTE to the United States of America. Second Superseding Indictment, ECF No. 192; Change of Plea, ECF No. 239; Plea Agreement, ECF No. 240; Preliminary Order of Forfeiture, ECF No. 241.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A), that the Preliminary Order of Forfeiture (ECF No. 241), listing the following assets, is final as to defendant DAVID DAMANTE:

1. a 2006 Ferrari F430F1, VIN: ZFFEW58A360149771;
2. a 2009 Mercedes Benz SL550, VIN: WDBSK71F39F142690;

3. a 2009 Honda Pilot, VIN: 5FNYF485X9B050010;

4. a 2008 Supra Sunsport, hull/serial number ISRSF031A808;

5. a 2008 Boat-Mate trailer, VIN: 5A7BB242X8T002509;

6. any and all funds contained in Bank of America Account in the name of Lea Damante, Account Number XXXXXXXX1633;

7. any and all funds contained in Bank of America in the name of Lea Damante, Account Number XXXXXXXX3340; and

8. an in personam criminal forfeiture money judgment of $375,000.00 in United States Currency.

DATED this 19th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE

2