```
                                                                   1

 1                   UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
 2

 3   UNITED STATES OF AMERICA,  )
                Plaintiff,      )   Case No. 2:11-cr-064-APG-CWH
 4                              )
         vs.                    )
 5                              )       ORDER TEMPORARILY
     DAVID DAMANTE,             )        UNSEALING NOTES
 6             Defendant.       )

 7

 8         On 8-31-2018, Heather K. Newman, Transcriber, received

 9   a Transcript Order form requesting a transcript of the Motion

10   Hearing, held on 5-7-2013, from Cristen Thayer, in which a

11   portion of the hearing was sealed.

12         IT IS THE ORDER OF THE COURT that the sealed transcript

13   shall be unsealed for the limited purpose of providing a copy of

14   the transcript as requested by Cristen Thayer.

15         IT IS FURTHER ORDERED that the sealed transcript shall

16   thereafter be resealed, and a certified copy of the transcript

17   be delivered to the Clerk pursuant to 28, U.S.C., Section

18   753(b), until further order of this Court.

19         IT IS FURTHER ORDERED that the receiving party shall

20   not disclose the sealed contents of the transcript of the

21   proceeding to anyone other than the representatives of the

22   parties directly concerned with this case.

23         DATED October 22, 2018

24                                   _____
                                     CARL W. HOFFMAN
25                                   United States Magistrate Judge
```