RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CRISTEN C. THAYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Cristen _Thayer@fd.org

Attorney for David Damante

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | 2:11-cr-00064-APG-CWH-1 |
|---|---|
|      Plaintiff, | **Unopposed Motion to Unseal Docket Entries ECF No. 312 and ECF No. 314** |
|     v. | |
| David Damante, | **(Expedited Treatment Requested)** |
|      Defendant. | |

Defendant David Damante's supervised release was revoked by the Court on August 10, 2018. After the entry of judgment, Mr. Damante timely filed a notice of appeal. Mr. Damante's Opening Brief is due to the Ninth Circuit Court of Appeals on November 28, 2018.

When reviewing the district court record, undersigned counsel learned that one of the petitions for revocation of supervised release and an addendum to the petition remain under seal. For appellate review purposes, counsel therefore requests this Court order unsealed the following docket entries: (1) Petition to

revoke supervised release, filed 6/21/18 at ECF No. 312, and (2) Addendum to the petition, filed 6/25/18 at ECF No. 314.

Undersigned counsel has contacted counsel for the government, Assistant United States Attorney Elizabeth O. White, who has stated the government does not oppose the Court unsealing these docket entries.

Dated: November 19, 2018.

Respectfully Submitted,

By: /s/ Cristen C. Thayer
Cristen C. Thayer
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: November 19, 2018.