1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
3  CRISTEN C. THAYER
   Assistant Federal Public Defender
4  411 E. Bonneville, Ste. 250
5  Las Vegas, Nevada 89101
   (702) 388-6577
6  Cristen_Thayer@fd.org

7  Attorney for David Damante

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | 2:11-cr-00064-APG-CWH-1 |
| Plaintiff, | **Unopposed Motion to Unseal 2016 Addendum to Revocation Petition** |
| v. | |
| David Damante, | **(Expedited Treatment Requested)** |
| Defendant. | |

Defendant David Damante's supervised release was revoked by the Court on August 10, 2018. After the entry of judgment, Mr. Damante timely filed a notice of appeal. Mr. Damante's Opening Brief is due to the Ninth Circuit Court of Appeals on November 28, 2018.

When reviewing the district court record, undersigned counsel learned that the addendum to the revocation petition filed in 2016 remained under seal. The revocation petition was filed in April 2016. *See* ECF Nos. 269-270. It appears the addendum to that petition was filed at either docket entry ECF No. 273 or ECF No. 279. For appellate review purposes, counsel therefore requests this

Court order unsealed the 2016 addendum to the petition to revoke supervised that appears at either docket entry ECF No. 273 or ECF No. 279.

Undersigned counsel has contacted counsel for the government, Assistant United States Attorney Elizabeth O. White, who has stated the government does not oppose the Court unsealing the addendum.

Additionally, the minutes and transcript of the initial appearance for the 2016 revocation petition reveal that the Magistrate Judge ordered the petition to be unsealed. See ECF No. 271. The petition was not unsealed at that time however. Undersigned therefore also requests that per the previous order the Court unseal that revocation petition, which counsel believes is filed at docket entries ECF No. 269 and ECF No. 279.

Dated: November 20, 2018.

Respectfully Submitted,

By: */s/Cristen C. Thayer*
Cristen C. Thayer
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
Dated: November 20, 2018.

2