# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DAVID DAMANTE, <br><br> Defendant | Case No.: 2:11-cr-00064-APG-CWH <br><br> **Order Setting Status Hearing** <br><br> [ECF No. 391] |

Defendant David Damante filed a motion for another continuance of his revocation hearing. ECF No. 391. The Government opposes. I am willing to grant a short continuance but not the 45 days requested by Damante.

I order the parties to appear for a status hearing on **Tuesday November 12, 2019 at 2:00 p.m.** to discuss when the revocation hearing will occur. Prior to that, counsel should discuss with their potential witnesses when they will be available to testify during November and early December. Counsel should obtain as many available dates as possible from each witness.

DATED this 6th day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE