**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-064-APG-CWH |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| DAVID DAMANTE, | |
| Defendant. | |

       IT IS THEREFORE ORDERED that this Court will extend the time for Mr. Damante to begin serving his sentence. Mr. Damante shall self-surrender to the U.S. Marshal's Office no later than 12:00 p.m., on Thursday, December 12, 2019.

       DATED this <u>11th</u> day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

4