# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>DAVID DAMANTE,<br><br>    Defendant | Case No.: 2:11-cr-00064-APG-CWH<br><br>**Order Denying Motion to Modify BOP Recommendation**<br><br>[ECF No. 403] |

Defendant David Damante has repeatedly violated the conditions of his supervised release, resulting in repeated revocations of supervision and re-incarceration. When I last sentenced him in December 2019, I recommended that the Bureau of Prisons allow him to serve his time at a facility in Tucson. ECF No. 399. Despite that recommendation, Mr. Damante is now housed at the Lompoc Federal Correctional Complex. Lompoc has had a significant number of positive tests for COVID-19. Thus, Mr. Damante now requests that I modify his Judgment and recommend that he be permitted to "serve the remainder of his sentence on the maximum time on community confinement . . . and the maximum time on home confinement." ECF No. 403 at 3:6-8.[1] The government opposes.

I see no merit or benefit in modifying my recommendation. The Bureau of Prisons has sole authority to designate the place of imprisonment and move inmates around its system. 18 U.S.C. § 3621(b). While I can make a recommendation, the Bureau can ignore it based upon the factors in § 3621(b). Indeed, the Bureau has ignored my prior recommendation regarding Mr. Damante, and there is no reason to believe it will honor a new recommendation, especially in this

---

[1] Mr. Damante's motion was filed on May 12, 2020. ECF No. 403. I presume it was authorized by Mr. Damante and is accurate, although his counsel acknowledges that he has had no contact with Mr. Damante since mid-April. ECF No. 406 at 3 n.6.

pandemic environment.  Further, transferring Mr. Damante to community confinement or home detention could spread the virus further if he is carrying it.[2]  The Bureau is in a better position than I to determine the appropriate place to house Mr. Damante based on a variety of factors.  I am loathe to interfere with its decision-making in this instance.

       I THEREFORE ORDER that Mr. Damante's motion **(ECF No. 403) is denied**.

       DATED this 20th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[2] And given Mr. Damante's many prior violations of supervised release conditions, there is no reason to believe he will comply with future directions to self-isolate or remain on home detention.

2